IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02546–WDM–KMT

JAMES J. WEIGEL,

      Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS
SERVICING, LP,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Stipulated Protective Order" (Doc. No. 35, filed April 8, 2010) is
DENIED without prejudice. *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo.
2000), set out certain requirements for the issuance of a blanket protective order such as the one
sought here. Among other things, any information designated by a party as confidential must
first be reviewed by a lawyer who will certify that the designation as confidential is "based on a
good faith belief that [the information] is confidential or otherwise entitled to protection" under
Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386. The proposed Protective Order does not
comply with the requirements established in *Gillard*.

Dated: April 8, 2010