# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.1:09-cv-2546-RPM-KMT

JAMES J. WEIGEL,

Plaintiff,

v.

BAC HOME LOANS SERVICING, LP, f/k/a/
COUNTRYWIDE HOME LOANS SERVICING, LP,
DEUTSCHE BANK NATIONAL TRUST CO., as
Trustee for the Vendee Mortgage Trust 2003-2, and
DEUTSCHE BANK NATIONAL TRUST COL, as
Trustee for the Vendee Mortgage Trust 2008-1,

Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to the Stipulation of Dismissal With Prejudice filed by the parties on August 16,

2011, it is

**ORDERED** that this case is dismissed with prejudice, contingent upon the parties

executing a settlement agreement resolving the claims in this case.  Each party is to bear its own

costs and attorney fees.

Dated  August 17th, 2011.

BY THE COURT:

s/Richard P.Matsch

_____

Richard P. Matsch, Senior DistrictJudge